UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLVIN, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-02291-CKD P<br><br><br>ORDER |

  Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On April 14, 2023, the court granted defendants' motion to modify the Discovery and Scheduling Order by vacating the April 21, 2023 discovery cutoff and July 14, 2023 dispositive motions deadlines pending resolution of defendants' motion for misjoinder. ECF No. 35.

  Defendants filed a second motion on May 5, 2023 seeking to stay the responsive deadline for discovery, or, in the alternative a 45 day extension of time to respond to plaintiff's discovery requests. ECF No. 39. In support of the motion, defendants indicate that a stay will "promote judicial economy and conserve party and court resources, as Defendants' pending motion for misjoinder of parties and severance of claims under Federal Rule of Civil Procedure 21 may narrow the parties or claims in this action. ECF No. 39 at 5. Plaintiff filed an opposition to the motion challenging defense counsel's affidavit in support of the motion on the basis that it

1

1 | contains misleading information.  ECF No. 42.

2 |     In light of the delay in resolving defendants' motion for misjoinder and in the interests of
3 | promoting judicial economy, the court grants the motion to stay all discovery in this case pending
4 | resolution of defendants' motion for misjoinder.  ECF No. 39.  Discovery deadlines will be reset
5 | as necessary upon resolution of the motion.

6 |     Accordingly, IT IS HEREBY ORDERED that defendants' motion to stay (ECF No. 39) is
7 | granted to the extent reflected in this order.

8 | Dated: June 20, 2023

9 |                                    CAROLYN K. DELANEY
10 |                                    UNITED STATES MAGISTRATE JUDGE

16 | 12/cort2291.stay.disco