UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COLVIN, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-02291-DAD-CKD (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION TO SEVER DEFENDANT STEWART FROM THIS ACTION<br><br>(Doc. Nos. 32, 45) |

Plaintiff Larry William Cortinas is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 4, 2023, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion to sever defendant Stewart from this action (Doc. No. 32) be granted because defendant Stewart was improperly joined. (Doc. No. 45.) The magistrate judge further recommended that the claim plaintiff brought against defendant Stewart (an eighth amendment claim for deliberate indifference) be severed from this action and that a new case be opened for plaintiff to pursue that claim against defendant Stewart. (*Id.* at 6.) The pending findings and recommendations were served on the parties and contained notice that
/////

1

1 any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 7.) No
2 objections have been filed, and the time in which to do so has now passed.

3       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
4 *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the
5 findings and recommendations are supported by the record and proper analysis.

6       Accordingly,

7     1.    The findings and recommendations issued on December 4, 2023 (Doc. No. 45) are
8         adopted in full;

9     2.    Defendants' motion to sever defendant Stewart from this action (Doc. No. 32) is
10         granted;

11     3.    Plaintiff's Eighth Amendment deliberate indifference claim against defendant
12         Stewart is severed from this action;

13     4.    Defendant Stewart is dismissed from this action;

14     5.    The Clerk of Court is directed to assign a new case number to the Eighth
15         Amendment deliberate indifference claim against defendant Stewart, and in
16         particular:

17         a.    The Clerk of the Court shall assign the same magistrate judge to the
18             new action in the interest of judicial economy;

19         b.    The filings from this case (No. 2:21-cv-02291) shall be included on
20             the docket in the newly opened civil case; and

21         c.    The filing fee for the new civil case is waived in accordance with
22             Rule 21 of the Federal Rules of Civil Procedure;

23     6.    The Clerk of the Court is directed to update the docket to reflect that defendant
24         Stewart has been terminated as a named defendant in this action;

25     7.    The stay of this case is lifted; and

26 /////
27 /////
28 /////

8. This action is referred back to the assigned magistrate judge for further proceedings, including for the purpose of resetting the discovery and dispositive motions deadlines governing this case.

IT IS SO ORDERED.

Dated: **January 9, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE