UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS, | No. 2:24-cv-0130 DAD CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. STEWART, | |
| Defendants. | |

Plaintiff has filed a motion for a stay of this action for 45 stays. While a stay will not be ordered, the court will extend the deadlines established in the January 16, 2024, scheduling and discovery order. Accordingly, IT IS HEREBY ORDERED that:

1. Movant's motion for a stay (ECF No. 48) is denied.

2. The deadlines established in the court's January 16, 2024, scheduling and discovery order are extended by 45 days.

Dated: March 4, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cort0130.mfs