IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LARRY WILLIAM CORTINAS,**<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>**STEWART,**<br><br>　　　　　　　　　　　　Defendant. | Case No. 2:24-cv-00130-DAD-CKD<br><br>**ORDER** |

　　　Good cause having been shown, the Court GRANTS the Ex Parte Application for an extension of time.

　　　**IT IS SO ORDERED** that the deadline for Defendant J. Stewart to complete Plaintiff's deposition is hereby extended to August 30, 2024. The deadline for filing pretrial motion remains at October 1, 2024.

Dated: 07/01/24

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Carolyn K. Delaney_
　　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN K. DELANEY
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE