UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS, | No. 2:24-cv-0130 DAD CKD P |
| Plaintiff, | |
| v. | ORDER |
| J. STEWART, | |
| Defendants. | |

Defendant Stewart (defendant) has filed a motion asking that the court compel plaintiff to serve responses to defendant's interrogatories and request for production of documents. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's motion to compel (ECF No. 53) is granted.

2. Plaintiff shall file responses to defendant's interrogatories and request for production of documents within 30 days. Failure to comply with this order may result in a recommendation that this action be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

3. The deadline to file pretrial motions is extended to November 1, 2024.

Dated: 08/15/24

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/cort0130.mfc