UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>Plaintiff,<br><br>v.<br><br>STEWART,<br><br>Defendant. | No. 2:24-cv-0130 DAD CKD P<br><br><br><br>ORDER |

On November 1, 2024, defendant filed a motion asking that this action be dismissed. Alternatively, defendant asks that plaintiff's in forma pauperis status be revoked. Plaintiff has not responded to the motion. Good cause appearing, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file a response to defendant's November 1, 2024, motion. Failure to comply with this order will result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Dated:  December 3, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cort0130.46osc