UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STEWART, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-0130 DAD CKD P<br><br><br>ORDER |

Plaintiff has filed a motion asking that the court hold an evidentiary hearing. The plaintiff fails to point to anything suggesting such a hearing is warranted, but the court will provide plaintiff one final opportunity to respond to defendant Stewart's pending motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an evidentiary hearing (ECF No. 60) is DENIED;

2. The court's January 13, 2025, findings and recommendations are VACATED; and

3. Plaintiff is granted 30 days to file a response to defendant Stewart's pending motion to dismiss. Failure to file a response will result in a recommendation that this action be dismissed without prejudice.

Dated: April 1, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1cort0130.eh

1