UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS, | No. 2:24-cv-0130 DAD CKD P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| STEWART, et al., | |
| Defendants. | |

Plaintiff is a Stanislaus County prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 1, 2024, defendant Stewart filed a motion to revoke plaintiff's in forma pauperis status and a motion to dismiss. On April 1, 2025, plaintiff was granted a second extension of time to file an opposition to the motion. The opposition was due May 1, 2025. Plaintiff was informed that failure to file an opposition would result in a recommendation that this action be dismissed pursuant to Fed. R. Civ. P. 41(b). Plaintiff has not responded to the court's April 1, 2025, order.

For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written

1

1 | objections with the court and serve a copy on all parties.  Such a document should be captioned
2 | "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
3 | objections shall be filed and served within fourteen days after service of the objections.  The
4 | parties are advised that failure to file objections within the specified time may waive the right to
5 | appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 9, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cort0130.46fr(2)