UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>    Plaintiff,<br><br>    v.<br><br>STEWART,<br><br>    Defendant. | No. 2:24-cv-0130 DAD CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 1, 2024, defendant Stewart filed a motion to revoke plaintiff's in forma pauperis status and a motion to dismiss. On May 12, 2025, the court recommended that this action be dismissed for plaintiff's failure to file a response to the motion. On May 27, 2025, plaintiff filed what the court construes to be an opposition to defendant's motion.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The court's May 12, 2025, findings and recommendations are vacated.

2. Defendant's Stewart's motion for an extension of time to file a reply to plaintiff's objections to those findings and recommendations is denied as moot.

/////

/////

/////

1

3. Defendant Stewart is granted 14 days within which to file a reply to plaintiff's May 27, 2025, opposition to Stewart's November 1, 2024, motion.

Dated: June 11, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
cort0130.ext