UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY WILLIAM CORTINAS,<br><br>Plaintiff,<br><br>v.<br><br>STEWART,<br><br>Defendant. | No.  2:24-cv-00130-DAD-CKD P<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE<br><br>(Doc. Nos. 71) |

Plaintiff Larry William Cortinas is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 31, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice due to plaintiff's failure to pay the required filing fee to proceed after his *in forma pauperis* status was revoked on September 22, 2025. (Doc. No. 71.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 2.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on October 31, 2025 (Doc. No. 71) are adopted in full;

2. This action is dismissed without prejudice due to plaintiff's failure to pay the required filing fee; and

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: __**June 4, 2026**__                          _Dale A. Drozd_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE